UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES N. DIORIO, <br><br> Plaintiff, <br> v. <br><br> VITALCORE HEALTH STRATEGIES LLC and JAMES HWANG, DDS, M.D., <br><br> Defendants. | Civil No. 25-11327-ADB |

**ORDER**

BURROUGHS, D.J.

Charles N. Diorio, who is confined at the Souza Baranowski Correctional Center ("SBCC"), filed a *pro se* complaint with motions for appointment of counsel and for leave to proceed *in forma pauperis*. [Dkt. Nos. 1 - 3].

Upon review, the Court hereby orders:

1. The motion to appoint counsel, [Dkt. No. 2], is <u>DENIED</u> without prejudice.

2. The motion for leave to proceed *in forma pauperis*, [Dkt. No. 3], is <u>ALLOWED</u>. Pursuant to 28 U.S.C. § 1915(b)(2), plaintiff is obligated to make monthly payments of 20 percent of the preceding month's income credited to plaintiff's account until the $350 statutory filing fee has been paid in full. The Clerk shall send a copy of the standard Notice to Prison form to the SBCC treasurer.

3. The Clerk shall issue summons for service of the defendants and the plaintiff shall serve the summons, complaint, and this Order upon each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

4. Because the plaintiff is proceeding *in forma pauperis*, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States. If so asked by the plaintiff, the USMS shall serve copies of the summons, complaint, and this Order upon the defendants as directed by plaintiff. The plaintiff is responsible for providing the USMS all copies for service and for completing a USM-285 form for each party to be served.

5. The plaintiff must complete service within 90 days from the date of the issuance of the summons. Failure to comply with this deadline may result in dismissal of this action without further notice to the plaintiff. See Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

**SO ORDERED.**

September 25, 2025

/s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE